**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David E. Mack
7720 McCallum Blvd. No. 2099
Dallas, TX 75252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☑ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 7/7/11

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 11 2011
DAVID J. MALAND, CLERK
BY
DEPUTY _____

Order 7

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 2780 0000 9134 7960

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540