UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2011 AUG 11  PM 3: 03

TEXAS-EASTERN

BY_____

David E Mack
    Plaintiff

vs

Advantage Assets II, Inc. et al
    Defendants

Case No. 4:11CV349

## PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff makes the following disclosures based on the information currently and reasonably available to Plaintiff:

### A. Individuals Likely to Have Discoverable Information Supporting Plaintiff's Claims

Knowledge of the allegations and claimed damages set forth in the Complaint

1. Gary Storm
7720 McCallum Blvd. # 2099
Dallas, Texas 752552
972-385-0862

Knowledge of Plaintiff's mental state resulting from Defendants' actions

2. Gary Storm
7720 McCallum Blvd. # 2099
Dallas, Texas 752552
972-385-0862

### B. Documents Plaintiff May Use to Support His Claims

1. Letters sent by Plaintiff to Defendants Advantage Assets II, Inc. and Michael J. Scott, P.C.

2. Letters sent by Defendants Michael J. Scott, P.C., Michael J. Scott, Jessica Eckstein

3. Affidavit of Account produced by Advantage Assets II, Inc.

**C. Damages**

Plaintiff seeks $1000.00 in statutory damages for each violation of the Fair Debt Collection Practices Act, and $5,000.00 in actual damages for emotional distress and suffering from each Defendant.

**D. Insurance**

NA

Dated: August 11, 2011

Respectfully submitted,

David E Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the document above was sent by first class mail USPS to counsel of record listed below for Defendants who have answered this complaint.

Barron, Newburger & Sinsley PLLC

101 Metro Drive Suite A

Terrell, Texas 75160

                                     Dated August 11, 2011

                                     _____

                                     David E Mack